UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORGE PEREZ PEREZ,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden of Northwest ICE Processing Center, and ICE FIELD OFFICE DIRECTOR,<br>Respondents. | No. 2:26-CV-01693-SAB<br><br>**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |

Before the Court is Petitioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Motion for Reconsideration, ECF No. 14. The motion was heard without oral argument. Petitioner is representing himself in this matter.

On June 12, 2026, the Court denied Petitioner's Writ of Habeas Corpus. The Court found that because Petitioner was afforded a January 2026 bond hearing, he did not show his continued detention violated his due process rights. Petitioner asks the Court to reconsider that decision.

Fed. R. Civ. P. 59(e) provides that a party may file to alter or amend a judgment. Motions for reconsideration are disfavored, and should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law. *Kona Enterprises, Inc. v. Estate of Bishop,* 229 F.3d

877, 890 (9th Cir. 2000). A Rule 59(e) motion may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Id.*

Petitioner has not shown that reconsideration of the Court's Order dismissing his habeas petition is proper. Petitioner has not presented newly discovered evidence, there has not been an intervening change in the controlling law, and Petitioner has not shown the Court committed clear error.

At his bond hearing, the IJ found Petitioner was a danger to the community and a flight risk. The Court lacks jurisdiction to review the merits of the IJ's decision. Moreover, Petitioner was afforded due process when he was provided with a bond hearing.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Motion for Reconsideration, ECF No. 14, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to counsel, enter judgment in favor of Respondent and against Petitioner, and **close** the file.

**DATED** this 28th day of September 2026.

Stanley A. Bastian
U.S. District Court